# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY AND DEBRA GARNETT** | **CIVIL ACTION** |
| **VERSUS** | **No. 09-2070** |
| **AIG NATIONAL FLOOD SERVICES, ET AL.** | **SECTION I/5** |

Considering the foregoing unopposed motion for summary judgment filed by defendant, AIG National Insurance Company, Inc. ("AIG"),[1]

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs' property was covered by a Standard Flood Insurance Policy ("SFIP"). Where, as here, an insured is attempting to recover under an SFIP after a dispute over lack of payment or partial payment, a plaintiff must strictly comply with all of the requirements of the SFIP, including the proof of loss and supporting documentation requirements. See Marseilles Homeowners Condominium Assoc., Inc. v. Fidelity Nat'l Ins. Co., 542 F.3d 1053, 1056 (5th Cir. 2008) (citing Richardson v. American Bankers Ins. Co., 279 F.App'x 295 (5th Cir. 2008)).

Defendants have presented evidence that, prior to filing this lawsuit, plaintiffs did not submit a signed and sworn proof of loss as required by the SFIP.[2] Because plaintiffs have presented no evidence to contest the evidence provided by defendant, the Court finds no issue of material fact with respect to whether plaintiffs filed a proof of loss. Plaintiffs' failure to file a proof of loss prior to filing a lawsuit bars their claim.

Accordingly,

---

[1] R. Doc. No. 18.
[2] R. Doc. No. 18-3, p. 3.

1

**IT IS ORDERED** that the motion is **GRANTED** and plaintiffs' claims against AIG in its capacity as a WYO carrier are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, March 15, 2010.

                                            **LANCE M. AFRICK**
                                   **UNITED STATES DISTRICT JUDGE**